UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| ENRIQUE PIMIENTA, | § | CASE NO. 05-30565-H1-13 |
| | § | Chapter 13 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| ENRIQUE PIMIENTA | § | |
| | § | ADVERSARY NO. 05-03307 |
| v. | § | |
| | § | |
| BROWN MCCARROLL, L.L.P. AND | § | |
| RICHARD ILLMER, INDIVIDUALLY | § | |
| AND AS A MEMBER | § | |
| OF THE LAW FIRM OF | § | |
| BROWN MCCARROLL, L.L.P. | § | |

**PLAINTIFF'S MOTION TO DISMISS AND STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Enrique Pimienta, Debtor and Plaintiff ("Plaintiff"), and files this Motion to Dismiss as follows:

1. This Adversary was filed on , Plaintiff asserted that the Defendants violated the automatic stay provision of 11 USC § 362.

2. Defendants have denied any wrong doing.

3. Plaintiff no longer desires to prosecute this adversary and seeks to dismiss same.

4. The parties hereby stipulate to dismissal of the above-styled and numbered adversary with prejudice against refilling of same.

DAL:682387.1
37642.1

WHEREFORE, Plaintiff request that the Court take notice of this Motion to Dismiss and Stipulation of Dismissal and enter its Order dismissing same with prejudice.

Respectfully submitted,

By: *Margaret McClure* w/ permission
MARGARET M. MCCLURE
State Bar No. 00787997
909 Fannin, Suite 1580
Houston, Texas, 77010
(713) 659-1333 (Telephone_
(713) 658-03341333 (telecopier)

DAL:682387.1
37642.1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served upon the following, the US Trustee's Office, Debtor and Debtor's Attorney by First Class U.S. Mail, postage prepaid and/or via facsimile or electronic notice pursuant to Amended Bankruptcy Local Rule 5006 on this the _____ day of July, 2006.

| | |
|---|---|
| Margaret Maxwell McClure<br>Attorney at Law<br>909 Fannin, Suite 1580<br>Houston, Texas 77010 | Rodney D Tow<br>TOW AND KOENIG PLLC<br>10077 Grogans Mill Road, Suite 145<br>The Woodlands, Texas 77380 |
| Enrique Pimienta<br>2 Aberdeen Crossing<br>The Woodlands, Texas 77381 | David Ronald Jones<br>PORTER AND HEDGES LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002-6336 |

_/s/ Margaret M. McClure_
Margaret M. McClure
w/ permission

DAL:682387.1
37642.1